IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BENJAMIN CHARLES,

      Petitioner,                      No. CIV S-07-0156 FCD EFB P

    vs.

KUMA DEBOO, et al.,

      Respondents.               ORDER

_____/

      Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2241. He challenges a sentence imposed by a federal court. On May 23, 2007, the court mistakenly directed the Office of the California Attorney General to respond to the petition. On June 8, 2007, a representative of that office requested that the court discharge the order to respond, noting the error. Obviously, the Office of the California Attorney General is not required to defend federal sentences. Accordingly, the May 23, 2007, order must be vacated.

      It is ORDERED that the May 23, 2007, order is vacated and the Office of the California Attorney General need not respond to the petition.

Dated: June 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE